No. 23-13612-G

# In the United States Court of Appeals For the Eleventh Circuit

_____

SOUTH BROWARD HOSPITAL DISTRICT
d/b/a MEMORIAL HEALTHCARE SYSTEM,
                                                                   *Plaintiff-Appellant*,
               v.

ELAP SERVICES, LLC, et al.,
                                                                   *Defendants-Appellees*.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

**STIPULATION OF DISMISSAL**

_____

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, the parties set forth the trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that may have an interest in the outcome of this appeal and the case below, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporations that own 10% or more of any party's stock, and other identifiable legal entities related to a party:

1. Akerman LLP (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

2. Alderman, Kristopher R. (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

3. Aryan, Hana A. (Counsel for South Broward Hospital District)

4. ELAP Services, LLC (Defendant-Appellee)

5. Emery, Patrick M. (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

6. FisherBroyles, LLP (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

7. Frick, Irene Bassel (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

8. Group & Pension Administrators, Inc. (Defendant-Appellee)

9. Kay, Eric S. (Counsel for South Broward Hospital District)

10. Kozyak Tropin & Throckmorton LLP (Counsel for South Broward Hospital District)

11. Lavender Hoffman Emery LLC (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

12. Lifshitz, Tal J. (Counsel for South Broward Hospital District)

13. Lorigas, Michael R. (Counsel for South Broward Hospital District)

14. Margolin, Jason L. (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

15. McQuilkin, Gail A. (Counsel for South Broward Hospital District)

16. Oria, Irene (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

17. Pincavage, Danya J. (Counsel for South Broward Hospital District)

18. Sadowsky, Brandon (Counsel for South Broward Hospital District)

19. Singhal, Hon. Raag (U.S. District Judge, Southern District of Florida)

20. South Broward Hospital District d/b/a Memorial Healthcare System (Plaintiff-Appellant)

21. Sullivan, Rachel (Counsel for South Broward Hospital District)

22. Summerville, Darren (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

23. The Summerville Firm, LLC (Counsel for ELAP Services, LLC and Group & Pension Administrators, Inc.)

24. Valle, Hon. Alicia O. (U.S. Magistrate Judge, Southern District of Florida)

25. Widlanski, Benjamin J. (Counsel for South Broward Hospital District)

26. Wolfe, Douglas A. (Counsel for South Broward Hospital District)

27. Wolfe | Pincavage (Counsel for South Broward Hospital District)

Plaintiff-Appellant states that South Broward Hospital District d/b/a Memorial Healthcare System has no parent corporations and no publicly traded corporation owns 10% or more of its stock.

Defendants-Appellees state that no publicly held corporation owns 10% or more of their stock and that Imagine 360, LLC is the sole member of both ELAP Services, LLC and Imagine360 Administrators, LLC, which formerly was Group & Pension Administrators, Inc.

| | |
|---|---|
| Dated: March 25, 2024 | Respectfully submitted, |
| */s/ Kristopher R. Alderman* <br> Kristopher R. Alderman | */s/ Benjamin J. Widlanski* <br> Benjamin J. Widlanski |
| *Counsel for Defendants-Appellees* | *Counsel for Plaintiff-Appellant* |

# STIPULATION OF DISMISSAL

All parties stipulate to the dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1). The parties agree that all costs in this appeal shall be paid by Plaintiff-Appellant South Broward Hospital District d/b/a Memorial Healthcare System. The parties do not seek any relief beyond the dismissal of the appeal.

| | |
|---|---|
| Dated: March 25, 2024 | Respectfully submitted, |
| /s/ Kristopher R. Alderman | /s/ Benjamin J. Widlanski |
| DARREN SUMMERVILLE<br>KRISTOPHER R. ALDERMAN<br>THE SUMMERVILLE FIRM<br>1226 Ponce de Leon Ave.<br>Atlanta, GA 30306<br>(770) 635-0030 | BENJAMIN J. WIDLANSKI<br>GAIL A. MCQUILKIN<br>TAL J. LIFSHITZ<br>RACHEL SULLIVAN<br>MICHAEL R. LORIGAS<br>ERIC S. KAY<br>BRANDON SADOWSKY<br>KOZYAK TROPIN &<br>   THROCKMORTON LLP<br>2525 Ponce de Leon Blvd.,<br>   9th Floor<br>Miami, FL 33134<br>(305) 372-1800 |
| PATRICK M. EMERY<br>LAVENDER HOFFMAN EMERY<br>750 Hammond Dr., Bldg. 2, Suite 200<br>Atlanta, GA 30328<br>(404) 793-0652 | |
| IRENE BASSEL FRICK<br>AKERMAN LLP<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602<br>(813) 223-7333 | DOUGLAS A. WOLFE<br>DANYA J. PINCAVAGE<br>HANA A. ARYAN<br>WOLFE \| PINCAVAGE<br>7800 SW 57th Ave., Suite 217<br>Miami, FL 33143<br>(786) 409-0800 |
| IRENE ORIA<br>FISHERBROYLES, LLP<br>153 E. Flagler Street, #550<br>Miami, FL 33131<br>(786) 536-2838 | *Counsel for Plaintiff-Appellant* |
| *Counsel for Defendants-Appellees* | |